BTB:vlf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6210 CR-HURLEY

18:228(a)(1)
18:228(a)(3)

**MAGISTRATE JUDGE VITUNAC**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CINDY K. DEFRIES | ) |
| | ) |
| Defendant. | ) |

FILED
AUG - 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

Beginning in or about March, 1993 and continuing to July, 1998, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

CINDY DEFRIES,

a resident of Indiana, willfully failed to pay a past due support obligation for the support and maintenance of a child residing in Broward County, Florida and to the parent with whom the child lived, said obligation having been determined by the Broward County Circuit Court, in Case No. 91-05634(36) and which had remained unpaid for a period longer than one year and was greater than $5,000.

All in violation of Title 18, United States Code, Section 228(a)(1).

## COUNT II

Beginning in or about July, 1998 and continuing to August, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**CINDY K. DEFRIES,**

a resident of Indiana, willfully failed to pay a past due support obligation for the support and maintenance for a child residing in Broward County, Florida and to the parent with whom the child lived, said obligation having been determined by the Broward County Circuit Court, in Case No. 91-05634(36) and which had remained unpaid for a period longer than two years and was greater than $10,000.

All in violation of Title 18, United States Code, Section 228(a)(3).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
BRUCE T. BROWN
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

<u>CINDY K. DEFRIES</u>
Defendant

$25,000 PSB is recommended.

By: _____
BRUCE T. BROWN
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES FEDERAL COURTHOUSE
500 E. BROWARD BOULEVARD, 7TH FL
FT. LAUDERDALE, FLORIDA 33394
FLORIDA BAR NO. 999490
TELEPHONE: (954)356-7255
FACSIMILE: (954)356-7336

Last Know Address: _____

_____

_____

What Facility: _____

_____

Agent(s): **Special Agent Terri Patterson**
(**FBI**)   (SECRET SERVICE)   (DEA)   (IRS)   (CUSTOMS)   (OTHER)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

CINDY K. DEFRIES
_____

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

New Defendant(s)       Yes ___   No ___
Number of New Defendants   ___
Total number of counts        ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) NO
   List language and/or dialect _____

4. This case will take _1_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days        _X_      Petty       ___
   II   6 to 10 days       ___      Minor       ___
   III  11 to 20 days      ___      Misdem.     ___
   IV   21 to 60 days      ___      Felony      _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) NO
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _x_ No

/s/ _____
BRUCE T. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490

\*Penalty Sheet(s) attached                                   REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:   Cindy K. Defries          No.: _____

Count #I:
Failure to pay child support, in violation of 18:228(a)(1)

*Max Penalty: Not more than 6 months' imprisonment and $10,000 fine

Count #II:
Failure to pay child support, in violation of 18:228(a)(3)

*Max Penalty: Not more than 2 years' imprisonment and $250,000 fine

Count #:

*Max Penalty:

Count # :

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96

No. _____

# UNITED STATES DISTRICT COURT

**Southern** District of **Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

CINDY K. DEFRIES

## INDICTMENT

18 USC 228(a)(1)
18:228(a)(3)

A true bill.

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 19 ___

_____
Clerk

Bail, $ _____