# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

CINDY K. DEFRIES

**WARRANT FOR ARREST**

CASE NUMBER: 00-6210-CR-HURLEY

MAGISTRATE JUDGE VITUNAC

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   CINDY K. DEFRIES
                                       Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense)

FAILURE TO PAY COURT ORDERED CHILD SUPPORT

in violation of Title __18__ United States Code, Section(s) __228__

Clarence Maddox
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $25,000 personal surety bond
Do NOT LODGE OVERNIGHT!

Court Administrator/Clerk of the Court
Title of Issuing Officer

08/01/00 at Fort Lauderdale, Florida
Date and Location

by BARRY S. SELTZER, MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |