# *United States District Court*

### *Southern District of Indiana*

*Laura A. Briggs*
*Clerk of the Court*

*105 U.S. Courthouse*
*46 East Ohio Street*
*Indianapolis, Indiana*
*46204*

*101 Northwest MLK Boulevard*
*Evansville, Indiana*
*47708*

*210 Federal Building*
*Terre Haute, Indiana*
*47808*

*121 West Spring Street*
*New Albany, Indiana*
*47150*

August 28, 2000

CARLOS JUENKE
US COURTHOUSE
299 EAST BROWARD
BLVD
FORT LAUDERDALE FL 33301

Dear Sir:

> RE:   United States of America
> -v-
> CINDY DEFRIES
> Cause No.: 00-182M-01
> Your Cause No.:00-6210CR Hurley

The above named defendant is ordered removed to your district by the United States District Court, Southern District of Indiana, Indianapolis Division.

Enclosed please find certified copies of the entire file along with a certified copy of the docket sheet.

Please acknowledge receipt on the copy of this letter.

Very truly yours,

Laura A. Briggs, Clerk

By: _Cindy B. Urich._
Deputy Clerk

**MAGISTRATE CAUSE NUMBER: IP 00-0182M-01     CAUSE NUMBER:**

At Indianapolis, IN on 8/25/00 @ 1:30 PM

Proceedings in United States vs. CINDY DEFRIES

Appeared in the custody of a Federal Officer ■     Appeared voluntarily ☐

Description: Age____ Sex F___ Race ____ Born: Native ☐ Foreign ☐

Address_____

Name of complainant and title (if any)__

Date of Indictment 8/1/2000

Offense charged CHILD SUPPORT _____ Date of offense _____

Where committed SD/FLORIDA _____ Date of Warrant 8/1/2000

Date of hearing 8/25/00 @ 1:30 PM ___ Examination waived _____

Released OWN RECOGNIZANCE

Bail fixed at $ None

Committed to_____

Discharged (date)_____

Name and address of surety_____

Names and residences of witnesses_____

DUSM:  Mask/Thompson

Remarks Deft. appeared in person and with retained counsel Chris Gaal for Rule 40 proceedings on an Indictment out of SD/Florida (Ft. Lauderdale).  Govt. was represented by Donna Eide and U.S. Probation by Thomas Parker.  Charges, Rights and Penalties were read and explained.  Deft. waived identity hearing. Deft. released on her own recognizance and ordered to appear in West Palm Beach, Florida on 9/18/00 at 9:30 a.m

_____
Kennard P. Foster, United States Magistrate Judge

2

AO 199A (Rev. 6/97) Order Setting Conditions of Release                                      Page 1 of 3 Pages

# United States District Court

_Southern_ DISTRICT OF _Indiana_

UNITED STATES OF AMERICA

V.

## ORDER SETTING CONDITIONS
## OF RELEASE

_Cindy K. Defries_
Defendant

Case Number: IP00-0182 m 01
SD/FL 00-6210

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _Mag Judge Ann Vitunac 701 Clematis St._

_West Palm Beach, FL_ on _9-18-00 @ 9:30AM_ _4th Floor, Ctrm 3_
Date and Time                                          Place

_Sandy Acevedo, Courtroom Deputy_ (Florida Time)
_561-803-3407_

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of

_____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

WHITE COPY — COURT     YELLOW — DEFENDANT     GREEN — PRETRIAL SERVICES     BLUE — U.S. ATTORNEY     PINK — U.S. MARSHAL

AO199B (Rev.8/97) Additional Conditions of Release                                             Page___*2*___of___*3*___Pages

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(     ) (6)   The defendant is placed in the custody of:
         (Name of person or organization) _____
         (Address) _____
         (City and state) _____ (Tel. No.)_____
who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
                               Custodian or Proxy

(   ) (7)   The defendant shall:
     (a)   maintain or actively seek employment.
     (b)   maintain or commence an educational program.
     (c)   abide by the following restrictions on his personal associations, place of abode, or travel: *UNLESS PRE-APPROVED BY PRETRIAL SERVICES AGENCY TRAVEL IS RESTRICTED TO SD INDIANA MAY TRAVEL TO SD FLORIDA FOR COURT RELATED APPEARANCES*
     (d)   avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: *WITH PRIOR APPROVAL*
     (e)   report on a regular basis to the supervising officer. *AS THEY INSTRUCT*
     (f)   comply with the following curfew: _____
     (g)   refrain from possessing a firearm, destructive device, or other dangerous weapon.
     (h)   refrain from excessive use of alcohol.
     (i)   refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.
     (j)   undergo medical or psychiatric treatment and/or remain in an institution, as follows:_____
     (k)   execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property_____
     (l)   post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money: _____
     (m)   execute a bail bond with solvent sureties in the amount of $ _____
     (n)   return to custody each (week)day as of _____ o'clock after being released each (week)day as of_____ o'clock for employment, schooling, or the following limited purpose(s): _____
     (o)   surrender any passport to *PRETRIAL SERVICES AGENCY*
     (p)   obtain no passport.
     (q)   submit to urine analysis testing upon demand of the supervising officer.
     (r)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.
     (s)   submit to an electronic monitoring program as directed by the supervising officer.
     (t)  

WHITE COPY — COURT      YELLOW — DEFENDANT      GREEN — PRETRIAL SERVICES      BLUE — U.S. ATTORNEY      PINK — U.S. MARSHALL

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Cindy De Frees_
Signature of Defendant

_242 N. Suckaway Ridge_
Address

_Nashville, TN  4988-1016_
City and State                    Telephone

_332-3310  WORK_

## Directions to United States Marshal

(X) The defendant is ORDERED released after processing.
(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _August 25, 2000_

Signature of Judicial Officer

_Kennard P. Foster_
_U.S. MAGISTRATE JUDGE_
Name and Title of Judicial Officer

_C.G._

WHITE COPY - COURT          YELLOW - DEFENDANT          GREEN - PRETRIAL SERVICE          BLUE - U.S. ATTORNEY          PINK - U.S. MARSHAL

# United States District Court

**FILED**

AUG 2 5 2000

SOUTHERN DISTRICT OF INDIANA

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA

V.

CINDY DEFRIES

## WAIVER OF RULE 40 HEARINGS

### (Excluding Probation Cases)

Case Number: IP 00-0182M-01

SD/FLORIDA 00-6120 (FT. LAUDERDALE)

I, __CINDY DEFRIES__, understand that in the __SOUTHERN__ District of __FLORIDA__ charges are pending

alleging violation of __FAILURE TO PAY COURT ORDERED CHILD SUPPORT__ and that I have been

arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my

right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings t
this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am
the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an
information filed) to determine whether there is probable cause to believe an offense has been committed by me, the
hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ✓ ) identity hearing

( ) preliminary examination

( ) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is
pending against me.

__August 25, 2000__
Date

_CINDY DEFRIES, Defendant_

_Defense Counsel_

| OFFENSE | DIST | OFF | CUST | W | J | A | FILEDATE | NO.DEFS | MAG CASE NO | COUNTY | JUDGE | MAG. |
|---------|------|-----|------|---|---|---|----------|---------|-------------|--------|-------|------|
|         | 0756 | 1   | BOND | N | N | N | 08 25 00 | 0       | 00-0182M-01 |        |       |      |

Defendant: DEFRIES, CINDY
SS#:                                              DOB:

          No address available.

Aliases: None

---

I. CHARGES

  No charges were found for this defendant.

---

II. KEY DATES

Key Date 1 :                    Earliest of:
Key Date 2 :                    Applicable :
Key Date 3a:                    Applicable :
Key Date 3b:                    Applicable :
Key Date 4 :                    Applicable :

Closed Date:   08/28/00

---

ATTORNEYS

U. S. Attorney or Asst.

 DONNA A EIDE

Defense at filing:  (2)  Retained

 ROBERT T MILLER
 R T MILLER & ASSOCIATES
 GRAHAM PLAZA SUITE 215
 205 NORTH COLLEGE AVENUE
 BLOOMINGTON      IN  47404
 (812)330-9690

UNITED STATES DISTRICT COURT DOCKET                    Date Printed: 08/28/00

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
| 08/25/00 | 1 | APPEARANCE - RET -Robert T Miller and Christopher Gaal on behalf of the deft eod 08/25/00 [CBU] |
| 08/25/00 | 2 | COURTROOM MINUTES of a Rule 40 proceeding on an Indictment out of SD/FL (Ft Lauderdale) held before Magistrate Foster; eod 08/28/00 [CBU] |
| 08/25/00 | = | DEFT APPEARS IN PERSON AND w/retained counsel Chris Gaal; eod 08/28/00 [CBU] |
| 08/25/00 | = | APPEARANCE FOR THE USA BY AUSA Donna Eide; eod 08/28/00 [CBU] |
| 08/25/00 | = | USPO Represented by Thomas Parker; eod 08/28/00 [CBU] |
| 08/25/00 | = | CHARGES & RIGHTS and penalties were read and explained. Deft waived identity hearing. eod 08/28/00 [CBU] |
| 08/25/00 | = | RELEASED ON OWN RECOGNIZANCE W/PERSONAL SURETY to appear in West Palm Beach FL on 9/18/00 at 9:30am eod 08/28/00 [CBU] |
| 08/28/00 | 3 | RULE 40 OUT papers forwarded to West Palm Beach FL copies to USMS, USPO and USA eod 08/28/00 [CBU] |

UNITED STATES DISTRICT COURT DOCKET                                    Date Printed: 08/28/00