United States District Court

SOUTHERN DISTRICT OF FLORIDA    494887

UNITED STATES OF AMERICA

V.

CINDY K. DEFRIES

**WARRANT FOR ARREST**

CASE NUMBER: 00-6210-CR-HURLEY

MAGISTRATE JUDGE VITUNAC

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   CINDY K. DEFRIES
                                                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense)

FAILURE TO PAY COURT ORDERED CHILD SUPPORT

in violation of Title 18  United States Code, Section(s) 228

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer

08/01/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 25,000 personal surety bond   by BARRY S. SELTZER, MAGISTRATE JUDGE
DO NOT LODGE OVERNIGHT!                           Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ Indianapolis, IN |

| DATE RECEIVED 8/1/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER [signature] John Walker, ASDUSM |
|---|---|---|
| DATE OF ARREST 8/25/00 | | |

AO 442 (Rev. 12/85) Warrant for Arrest