UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED

SEP 1 5 2000

CLERK, USDC / SDFL / WPB

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>**CINDY K. DEFRIES** )<br>)<br>Defendant )<br>_____/ | Case No. 00-6210-CR-HURLEY<br><br>Magistrate Judge Vitunac |

## NOTICE OF APPEARANCE AS LOCAL COUNSEL

The undersigned, Valentin Rodriguez, hereby enters this notice of appearance as local counsel, pursuant to Local Rule 4B, for Defendant, **Cindy K. Defries.** The undersigned serves as local counsel to Robert T. Miller, who has already filed a Motion to Appear Pro Hac Vice. The undersigned requests that all pleadings and papers be sent to the address below:

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Janice LeClainche, Esq., Assistant United States Attorney, 500 Australian Avenue South, Suite 400, West Palm Beach, FL 33401, by U.S. Mail / hand-delivery / facsimile, on this ___ day of September, 2000.

Respectfully submitted,

VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
250 Australian Avenue South, Suite 1401
West Palm Beach, FL 33401
(561) 687-3200
(561) 655-9325 (facsimile)
Fla Bar No. 047661

Local Counsel for Defendant