UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED

SEP 1 5 2000

CLERK, USDC / SDFL / WPB

Case Number: 00-6210 CR-HURLEY

UNITED STATES OF AMERICA
v.
CINDY K. DEFRIES



## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Robert T. Miller of the law firm R.T. Miller & Associates, Graham Plaza, Suite 215, 205 North College Avenue, Bloomington, Indiana 47404, (812) 330-9690, for the purposes of appearing as co-counsel on behalf of Cindy K. Defries herein, in the above-styled case only.

Robert T. Miller certifies herewith the he has studied the Local Rules of this Court and is a member in good standing of United States District Court for the Southern District of Indiana. Attached hereto is a certificate of good standing from the Clerk of the United States District Court for the Southern District of Indiana.

In further support of this motion, it is hereby designated that Valentin Rodriguez is a member of the bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Valentin Rodriguez, One Clearlake Center, 250 S. Australian Avenue, Suite 1401, West Palm Beach, Florida 33401 acts as local counsel in this matter on behalf of Cindy K. Defries.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: 9-18-00

_____
Valentin Rodriguez

Executed under penalty of perjury on the 15th day of September, 2000.

Respectfully submitted,

R.T. Miller & Associates

_____
Robert T. Miller

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via U.S. Priority mail, this 15th day of September 2000, to:

> United States District Attorney
> Southern District of Florida

9/15/00
Date

Robert T. Miller

Robert T. Miller #9958-98
R.T. Miller & Associaties
Graham Plaza, Suite 215
205 North College Avenue
Bloomington, Indiana 47404
Telephone: (812) 330-9690
Fax Number: (812) 330-9369

# United States District Court
## Southern District of Indiana
### Office of the Clerk



## Certificate of Good Standing

I, Laura A. Briggs, Clerk of the United States District Court, DO HEREBY CERTIFY that Robert T. Miller was duly admitted to practice in said Court on Otober 10, 1980, and is in good standing as a member of the bar of said Court.

DATED on September 8, 2000.

*Laura A. Briggs*
CLERK OF COURT

BY  *Carmen E. Cosainz*
DEPUTY CLERK