# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 09/18/2000    TIME: 9:30 AM

DEFT. CINDY K., DEFRIES    (SURR)

AUSA. ~~Steve Carlton~~ BRUCE BROWN

CASE NO. 00-6210-CR-HURLEY/VITUNAC

ATTY. Valentin Rodriguez, Pefmir

AGENT. FBI

VIOL. 18:228(a)(1)

PROCEEDING INITIAL HEARING

BOND. $25,000 PSB SET IN S/D OF INDIANA

DISPOSITION Initial, Bond & Arraignment

Deft not present - Case to be Recalled

Atty. Valentin Rodriguez present & state atty Robert

Miller has filed Motion for Pro Hac Vice

Deft present @ 10:15 am — sworn test.

Indictment read to deft & advised of her rights.

Court hereby adopts bond & all conditions as previously

set in S/D of Indiana.

Motion for Pro Hac Vice will be granted after

$25.00 fee is paid.

Reading of Indictment Waived

Not Guilty plea entered

Jury trial demanded

Standing Discovery Order requested ✓    Signed & distributed

Status Disc. set for 10-18-00 @ 9:30 am before Judge Jonson

DATE: 9-18-00

TAPE: ASr 00-62-3473 / 00-63-1080

9