# United States District Court
## Southern District of Florida



United States of America
Vs

Case# 00-6210-Cr-Hurley/Vitunac

Cindy DeFries        Prisoner # 06408-028

*************************************************

To Clerk's Office, United States District Court: (Circle One)

MIAMI    FT. LAUDERDALE    (WEST PALM BEACH)    FT PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
*************************************************

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST   9-18-00
2) LANGUAGE(S) SPOKEN   English
3) OFFENSE(S) CHARGED   Child Neglect —
4) U.S. CITIZEN  [X] YES    [ ] NO    [ ] UNKNOWN
5) DATE OF BIRTH   3-29-51
6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT    [X] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

CASE # _____
ORIGINATING DISTRICT   Indiana
COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [X] NO
7) AMOUNT OF BOND _____ WHO SET BOND _____
8) ARRESTING AGENT   USMS   DATE _____
9) AGENCY _____ PHONE _____
10) REMARKS _____

