**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: __00-6210-CR-HURLEY/VITUNAC__

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Defendant.
__CINDY K. DEFRIES__ /

ORDER ON INITIAL APPEARANCE
Language __ENGLISH__
Tape No. __AEV 00-62-3473/00-63-1080__
AUSA __STEPHEN CARLTON__
Agent __FBI__

The above-named defendant having **SURRENDERED** on __9-18-00__, having appeared before the court for initial appearance on __9-18-00__, and proceedings having been held in accordance with F.R.C.P. 5 or 40(a), it is thereupon
    ORDERED as follows:

1. __VALENTIN RODRIGUEZ__ appeared as permanent/temporary counsel of record.
    Address: __250 AUSTRALIAN AVENUE SOUTH, SUITE 1401, WEST PALM BEACH, FLORIDA__
    Zip Code: __33401__  Telephone: __561-687-3200__

2. _____ appointed as permanent counsel of record.
    Address: _____
    Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____, 19____.

4. Arraignment/~~Preliminary Removal Hearing/Identity Hearing is set for~~ __HELD__ _____, 19____.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____
__N/A__ _____.

A ~~detention~~ **BOND** hearing, pursuant to 18 U.S.C. 3142(f), ~~is set for~~ __HELD__ _____, 19____.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18: U.S.C. 3142:
    **CONTINUED ON A $25,000 PSB SET IN S/D OF INDIANA**

    This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

____ b. Report to Pretrial Services as follows: ____ times a week by phone ____ times a week in person; other: _____

____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

____ d. Maintain or actively seek full-time gainful employment.

____ e. Maintain or begin an educational program.

____ f. Avoid all contact with victims of or witnesses to the crimes charged.

____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

____ h. Comply with the following curfew: _____

—1—

SD/F M-1
Rev.12/95

___ i. Comply with the following additional special conditions of this bond: _____

_____

This bond was set: At Arrest    _____

                On Warrant    _____

                After hearing    **XX**

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post the bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at ____**WPB**____, this __**18**__ day of ____**SEPTEMBER**____, **2000**.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD TO Pretrial Services

SD/F M-1
Rev.12/95