UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6210-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

CINDY K. DEFRIES,

       Defendant.
_____/

### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on **SEPTEMBER 18, 2000**, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**     Address: ON BOND

                   Telephone no.:

**DEFENSE COUNSEL:**     Name: VALENTIN RODRIGUEZ

                   Address: 250 AUSTRALIAN AVENUE, SUITE 1401

                                 WEST PALM BEACH, FLORIDA 33401

                   Telephone no.: (561) 687-3200

BOND/////CONTINUED: $ 25,000 PSB FROM S/D OF INDIANA

BOND//// hrg held: YES __X__ NO___ BOND/PTD hrg set for_____

Dated this __18__ day of __SEPTEMBER__, 2000.

                              CLARENCE MADDOX, CLERK OF COURT

                              By: _____
                                      Deputy Clerk

c:    Courtroom Deputy, District Judge
       United States Attorney
       Defense Counsel
       United States Pretrial Service