UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORDIA

Case Number: 00-6210 CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA
v.
CINDY K. DEFRIES

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the application of ~~Valentin~~ R.T. Miller ~~Rodriguez~~, counsel for Cindy K. Defries, for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby GRANTED.

DONE and ORDERED in chambers at the United States District Courthouse, West Palm Beach, Florida, this ___ day of September, 2000.

~~DANIEL T. K. HURLEY~~
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA
Magistrate Judge

cc: Counsel of Record