TO: THE HONORABLE DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. __CINDY K. DEFRIES__

CASE NO. __00-6210__ CR-HURLEY/VITUNAC

THIS CAUSE set for Pre-Trial Status Conference on __October 18, 2000__.

The parties report as follows

__✓__ There are no pending motions for pre-trial determination

____ The following motions are pending before the assigned Magistrate Judge:

_____

_____

_____

____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

_____

_____

_____

__✓__ There are no discovery problems.

____ The case is likely to settle by plea.

____ The case is ready for trial and not likely to settle by plea.

__✓__ The parties estimate trial will take __3__ days to complete.

____ Other comments:

Respectfully submitted,

_____
LINNEA R. JOHNSON
CHIEF U. S. MAGISTRATE JUDGE