UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, )
)   Case No. 00-6210-CR-HURLEY
)
Plaintiff, )   Magistrate Judge Vitunac
vs. )
)
CINDY K. DEFRIES )
)
Defendant. )
_____/

NOTICE OF CHANGE OF ADDRESS FOR LOCAL DEFENSE COUNSEL

Defendant, **CINDY K. DEFRIES,** through counsel, hereby files this her Notice of Change of Address for Local Defense Counsel, and requests that all pleadings and correspondence be sent to the following address:

**Valentin Rodriguez P.A.
318 Ninth Street
West Palm Beach, Florida 33401
(561) 832-7510
(561) 514-0610 (facsimile)**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Bruce O. Brown, Esq., Assistant United States Attorney, 500 Australian Avenue South, Suite 400, West Palm Beach, FL 33401, by U.S. Mail / hand-delivery / facsimile, on this ___ day of ~~August~~ November, 2000.

Respectfully submitted,

VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
318 Ninth Street
West Palm Beach, FL 33401
(561) 832-7510
Fla Bar No. 047661