UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6210-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CINDY K. DEFRIES,
    Defendant.
_____/

FILED by ___ D.C.
NOV 1 5 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER SETTING TRIAL DATE

**THIS CAUSE** was before the court at a status conference on November 7, 2000. Counsel representing the parties were present and the proceedings were court reported. For the reasons stated on the record, it is

**ORDERED** and **ADJUDGED**:

1. Unless instructed otherwise by subsequent order, all further proceedings in this case shall be conducted in courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

2. This case is set for trial on a calendar that commenced on **November 6, 2000.**

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this ____ day of November, 2000.

**copy furnished:**
AUSA Bruce T. Brown
Valentin Rodriguez, Esq.

Daniel T. K. Hurley
United States District Judge