UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6210-CR-HURLEY

UNITED STATES OF AMERICA,  :

       Plaintiff,  :

v.

       :

CINDY K. DEFRIES

       :

       Defendant.

_____ :

NIGHT BOX FILED
NOV 29 2000
CLERK, USDC / SDFL / WPB

## UNITED STATES' FIRST SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this first supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.    1.    A copy of defendant's American Express Statements from 1993 through 1997.

            2.    A copy of defendant's custody home study.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Bruce O. Brown
Assistant United States Attorney
Florida Bar No. 999490
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel:(954) 356-7255 Ext. 3508
Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered via Federal Express on this 29th day of November, 2000:

Valentin Rodriguez, Esquire
318 9th Street
West Palm Beach, Florida 33401

_____
BRUCE O. BROWN
ASSISTANT U.S. ATTORNEY