UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6210-CR-HURLEY

**NIGHT BOX FILED**

NOV 30 2000

CLERK, USDC / SDFL / WPB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CINDY K. DEFRIES,

    Defendant.
_____/

### GOVERNMENT'S MOTION FOR CONTINUANCE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Court to continue the trial presently scheduled to begin on or around December 11, 2000, and in support thereof states as follows:

1. On November 29, 2000, this Court's deputy, James Caldwell, contacted the undersigned Assistant United States Attorney to notify him that the trial in this matter could start as early as December 4, 2000.

2. According to Mr. Caldwell, the above-styled case was second in line behind a case scheduled to commence on December 4, 2000.

3. The undersigned immediately began contacting witnesses in an effort to coordinate their travel plans. The majority of the witnesses the government intends to call reside in the state of Indiana.

4. On November 30, 2000, the government learned that one of its main witnesses' father

suffered a heart attack on November 29, 2000 and is currently hospitalized. His situation is obviously day to day. This particular witness has other tenuous family circumstances which prohibit the witness to travel on short notice.

5. Additionally on November 30, 2000, the government, while talking to one of its essential witnesses, uncovered evidence it had previously been unaware of and a new, potential witness. This potential witness is located out of the district, and the government is making arrangements to interview this witness. This new evidence is extremely relevant and vital to the government's case in chief. The government needs additional time to corroborate this evidence.

6. On November 30, 2000, the government spoke to opposing counsel regarding stipulation to certain records. At the time of this filing, opposing counsel was not in a position to stipulate to the admission of certain financial records. As a result, the government will need to call the Custodian of Records for these records. In contacting the Custodian of Records, the government learned that all of the local Custodians of Records are currently testifying in trials for the next ten days.

7. The government's case agent, Special Agent Terry Patterson of the Federal Bureau of Investigation, has pre-paid travel plans out of the country during the week of December 11, 2000. She is scheduled to return on December 19, 2000. She is responsible for the investigation of this case.

8. In order to allow sufficient time for the government to coordinate the travel plans of all of its out of district witnesses, ensure the appearance of one of its essential witnesses with extenuating familial circumstances, have the benefit of its case agent, corroborate its newly discovered evidence and arrange for the testimony of one of the government's Custodians of

Records, it is respectfully requested that the trial in the above-styled case be rescheduled to commence in January, 2001 and that a date certain be established.

7. The Government's motion is not being filed for purposes of delay; and

8. The undersigned has conferred with Valentin Rodriguez, Esquire and Robert T. Miller, Esquire, counsel for the defendant, who are opposed to this motion.

WHEREFORE, the Government respectfully requests that the Court grant a brief continuance of the trial in this matter until on or about January 8, 2001.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, Florida 33394
Tel:    (954) 356-7255, ext. 3508
Fax:   (954) 356-7336

3

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by fascimile and United States mail this 1st day of December, 2000 to: Valentin Rodriguez, Esquire, 318 9th Street, West Palm Beach, Florida 33401.

for: _____
BRUCE O. BROWN
ASSISTANT U.S. ATTORNEY