UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00-6210-CR-HURLEY__

UNITED STATES OF AMERICA, :

        Plaintiff, :

v.

:

CINDY K. DEFRIES

        Defendant. :

_____:

UNITED STATES' SECOND SUPPLEMENTAL
RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this second supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.    1.    A copy of Inventory of Sales from January, 1998 through December, 1999.

            2.    A copy of defendant's Child Support Payment History.

            3.    A copy of defendant's Payment History.

                        Respectfully submitted,

                        GUY A. LEWIS
                        UNITED STATES ATTORNEY

By: _James Hopkins for_
Bruce O. Brown
Assistant United States Attorney
Florida Bar No. 999490
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel:(954) 356-7255 Ext. 3508
Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered via

Federal Express on this 5th day of December, 2000:

Valentin Rodriguez, Esquire
318 9th Street
West Palm Beach, Florida 33401

_James Hopkins for_
BRUCE O. BROWN
ASSISTANT U.S. ATTORNEY