UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6210-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

CINDY K. DEFRIES,
    Defendant.
_____/

FILED by _____ D.C.
DEC - 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER DENYING MOTION TO CONTINUE TRIAL

**THIS MATTER** come before the court upon motion from counsel representing the plaintiff, United States of America, to continue trial in the above styled case, filed on November 30, 2000. The court conducted a status conference on December 5, 2000. Counsel representing the parties were present and the proceedings were court-reported. For the reasons stated on the record, it is

**ORDERED** and **ADJUDGED**:

The motions to continue is **denied**.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida, this ___ day of December, 2000.

                Daniel T. K. Hurley
                United States District Judge

**copy furnished:**
AUSA Bruce T. Brown
Robert T. Miller, Esq.