# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY



FILED by ___ D.C.
DEC 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

===============================================

Case No. _00-6210-CR_    Date _December 11, 2000_

Courtroom Deputy: James E. Caldwell    Court reporter: ~~Pauline Stipes~~ Chris Bertling

Language Spoken: _English_    Defendant's Status: (~~Pretrial~~ ~~Detained~~ / Bond)

UNITED STATES OF AMERICA  v. _Cindy K. Defries_

AUSA: _Bruce T. Brown_    DEFENSE COUNSEL: _Robert T. Miller_

TYPE OF HEARING: _Jury selection began at 10:00 a.m. on Monday, December 11, 2000._

RESULTS OF HEARING: _Jury selected, Trial proceedings began on December 11, 2000._

Misc.: _Trial expected to take 2-3 days to try._

28