UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 00-6210-CR-HURLEY |
| ) | |
| Plaintiff, ) | Magistrate Judge Vitunac |
| vs. ) | |
| ) | |
| CINDY K. DEFRIES ) | |
| ) | |
| Defendant. ) | |
| _____/ | |

### DEFENDANT'S REQUEST FOR SPECIAL LIMITING INTRUCTIONS

Defendant, **CINDY K. DEFRIES,** through counsel, hereby requests that this Court instruct the jury with the following special limiting instructions:

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Bruce O. Brown, Esq., Assistant United States Attorney, 500 Australian Avenue South, Suite 400, West Palm Beach, FL 33401 , by U.S. Mail / hand-delivery / facsimile, on this __13__ day of December, 2000.

Respectfully submitted,

VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
318 Ninth Street
West Palm Beach, FL 33401
(561) 832-7510
Fla Bar No. 047661

Counsel for Defendant (local counsel)

## Exhibit A

## SPECIAL INSTRUCTION ON INCOME OF OTHERS

In considering whether the Defendant has willfully failed to pay child support obligations, you are not to consider the income of third parties, that is, the income of any party other than that of the Defendant.

*Source: Hogle v. Hogle*, 535 So.2d 704, 705 (Fla. 5th DCA 1988) *Lawrence v. Dept of Revenue*, 755 So.2d 139 (Fla. 2nd DCA 2000), *citing Bowen v. Bowen*, 471 So.2d 1274, 1278 (Fla.1985)