# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

FILED by _CH_ D.C.

DEC 13 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

===================================================

Case No. _00-6210-CR-Hurley_          Date _December 13, 2000_

Courtroom Deputy: ~~James E. Caldwell~~ _Carol Hunter_      Court reporter: <u>Pauline Stipes</u>

Language Spoken: _English_          Defendant's Status: (~~Pretrial~~ ~~Detained~~ / Bond)

UNITED STATES OF AMERICA  v. _Cindy K. Depriex_

AUSA: _Bruce T. Brown_      DEFENSE COUNSEL: _Robert T. Miller_

TYPE OF HEARING: _Jury trial held on Wednesday,_
_December 13, 2000 at 9:30 a.m._

RESULTS OF HEARING: _Jury in deliberation_
_- Jury deliberation Continued to Thursday,_
_December 14, 2000 at 9:30 a.m. -_

Misc.: _____

_____

_____

_____

_____

31