**Exhibit C**

FILED by _____ D.C.
DEC 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**SPECIAL INSTRUCTION ON GOOD FAITH DEFENSE**

00-6210 CR-

Good faith is a complete defense to the charges in the Indictment since good faith on the part of the Defendant is inconsistent with willfulness, which is an essential part of the charges.

The burden of proof is not on the Defendant to prove good faith, of course, since the Defendant has no burden to prove anything. The Government must establish beyond a reasonable doubt that the Defendant acted with specific intent to not pay child support obligations.

One who expresses an honestly held opinion, or an honestly formed belief, is not chargeable with fraudulent intent even though the opinion is erroneous or the belief is mistaken; and, similarly, evidence which establishes only that a person made a mistake in judgment or an error in management, or was careless, does not establish willful failure to pay child support obligations.

Modified from Pattery Jury Instruction 16: Good Faith Defense to Charge of Intent to Defraud

Request to give this instruction denied.
/s/ Shirley J.
U.S. J. Dispis

CLERK:
File this document in the court file.
Judge Hurley

00-6210

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6210-CR-HURLEY

UNITED STATES OF AMERICA,

    **Plaintiff,**

vs.

**CINDY K. DEFRIES,**

    **Defendant.**

_____/

## DEFENDANT'S WAIVER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES

Now comes the defendant, Cindy K. Defries, and notifies the court that, after consultation with counsel, she knowingly, voluntarily, and intelligently waives her right to attend side-bar conferences during the selection of the jury. The defendant also states that she finds communication with defense counsel to be a sufficient and satisfactory method for staying apprised of the factual and legal matters which may arise during such conferences.

    **EXECUTED** in open court in West Palm Beach, Florida, this _11th_ day of December, 2000.

    _____
    Cindy K. Defries

    **SIGNED** before me this _11th_ day of December, 2000.

    _____
    Daniel T. K. Hurley
    U.S. District Judge

WANT TO TAKE
A BREAK FOR
15 MINUTES

STEVE FREZICH

12/14/00

JURY NEEDS TO
TAKE A BREAK

*[signature]*
STEVE FRELICH
12/14/00

ONE JURY MEMBER NEEDS TO MAKE A PHONE CALL

*Steve Frelich*

WE THE JURY HAVE NOT BEEN ABLE TO REACH A VERICT - WE ASK TO GO HOME + RETURN TOMARROW AT 9:30

Steve [signature]
FOREMAN
STEVE FRELICH

## JURORS SELECTED

1. 44. Q 961865439 BRAUNSTEIN LYNNE H
2. 341. Q 962108729 TOLA ANITA M
3. 304. Q 962072637 SANTORO FRANCO
4. 252. Q 962029751 NEINAST ROBERT A
5. 103. Q 961911663 ELMORE LISA F
6. 39. Q 961862900 BORRIE DOUGLAS E
7. 85. Q 961897957 DEARAUJO MICHELE D
8. 205. Q 961991310 LEINENWEBER CLAUDIA H
9. 95. Q 961906409 DREW WILEY
10. 334. Q 962101549 SULLIVAN SHIRLEY G
11. 118. Q 961924756 FRELICH STEVEN
12. 203. Q 961990460 LEE JOSEPH H

## ALTERNATES

3. 314. Q 962084658 SHULER PEI-ANN
4. 47. Q 961867548 BROOKS BERNICE

BTB:vlf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6210-CR-HURLEY
18:228(a)(1)
18:228(a)(3)

MAGISTRATE JUDGE
VITUNAC

UNITED STATES OF AMERICA )
        Plaintiff, )
)
vs. )
)
CINDY K. DEFRIES )
)
        Defendant. )
_____ )

FILED by _____ D.C.

AUG - 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

Beginning in or about March, 1993 and continuing to July, 1998, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**CINDY DEFRIES,**

a resident of Indiana, willfully failed to pay a past due support obligation for the support and maintenance of a child residing in Broward County, Florida and to the parent with whom the child lived, said obligation having been determined by the Broward County Circuit Court, in Case No. 91-05634(36) and which had remained unpaid for a period longer than one year and was greater than $5,000.

All in violation of Title 18, United States Code, Section 228(a)(1).

## COUNT II

Beginning in or about July, 1998 and continuing to August, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

CINDY K. DEFRIES,

a resident of Indiana, willfully failed to pay a past due support obligation for the support and maintenance for a child residing in Broward County, Florida and to the parent with whom the child lived, said obligation having been determined by the Broward County Circuit Court, in Case No. 91-05634(36) and which had remained unpaid for a period longer than two years and was greater than $10,000.

All in violation of Title 18, United States Code, Section 228(a)(3).

A TRUE BILL

_____
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
BRUCE T. BROWN
ASSISTANT UNITED STATES ATTORNEY

2

### III. INFORMATION ABOUT "EXTENDED GROUP" -- YOURSELF, RELATIVES, FRIENDS AND NEIGHBORS.

Is or has anyone in this group been:

Employed by or involved with law enforcement?

Employed by a governmental agency?

Is or has anyone in this group ever had experience with child support obligations, either as recipient or obligor?

Is or has anyone in this group ever been party to a legal proceeding seeking enforcement of child support obligations?

### IV. LEGAL PRINCIPLES

Would you accept the law as explained by the judge and apply it faithfully in this case?

Do you believe in the jury system?

As you sit here today, do you believe that you could be a fair and impartial juror?

Is there anything else that you would like to mention?

2

*Form used for jury selection — U.S. v. Dykes 00-6210* [handwritten annotation]

CLERK: [illegible stamp] document in the court file. Judge Hurley

(8)



```
    G              Δ
    1              1
    2              2
    3              —
   ___            ___
```

## JURORS SELECTED

1. 44. Q 961865439 BRAUNSTEIN LYNNE H
2. 341. Q 962108729 TOLA ANITA M
3. 304. Q 962072637 SANTORO FRANCO
4. 252. Q 962029751 NEINAST ROBERT A
5. 103. Q 961911663 ELMORE LISA F
6. 39. Q 961862900 BORRIE DOUGLAS E
7. 85. Q 961897957 DEARAUJO MICHELE D
8. 205. Q 961991310 LEINENWEBER CLAUDIA H
9. 95. Q 961906409 DREW WILEY
10. 334. Q 962101549 SULLIVAN SHIRLEY G
11. 118. Q 961924756 FRELICH STEVEN
12. 203. Q 961990460 LEE JOSEPH H

## ALTERNATES

13. 314. Q 962084658 SHULER PEI-ANN
14. 47. Q 961867548 BROOKS BERNICE

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE