UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                  CASE NO. 00-6210-CR-HURLEY

CINDY K. DEFRIES,

    Defendant.
_____/

## VERDICT

Please check one for each number.

We, the jury, unanimously find as follows:

As to the defendant **CINDY K. DEFRIES**:

### COUNT I
[Willful failure to pay child support in an amount in excess of $5,000.00, or for period longer than one year as charged in Count I of the indictment]

_____                    _____✓_____
    Guilty                                                     Not Guilty

### COUNT II
[Willful failure to pay child support in an amount in excess of $10,000.00, or for period longer than two years as charged in Count II of the indictment].

_____✓_____                    _____
    Guilty                                                     Not Guilty

1



**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, West Palm Beach, Florida, this 14 day of December, 2000.

_____       STEVE FRELICH
Foreperson's Signature                                  Foreperson Print Name