UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   )
                            )   Case No. 00-6210-CR-HURLEY
                            )
        Plaintiff,           )   Magistrate Judge Vitunac
vs.                         )
                            )
                            )
CINDY K. DEFRIES            )
                            )
        Defendant.          )
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

Defendant, **Cindy K. DeFries,** through counsel, hereby files this his Unopposed Motion for Continuance of the Sentencing in this case. As grounds, he states:

1. The sentencing in this case is set for Friday, March 16, 2001.

2. Counsel for Defendant will be out of town on that date and has purchased non-refundable tickets.

3. Counsel for Defendant requests a sentencing date of March 23rd or March 30th, so that adequate research can be done on sentencing issues.

4. Further, Defendant is in the process of re-organizing her employment so as to present this Court with a realistic plan to make child support obligations. Accordingly, the extra week or two would be helpful for Defendant to set these plans in motion.

5. Pursuant to local rules, the undersigned has contacted Assistant U.S. Attorney Bruce



Brown, who has stated that he has no objection to this motion for continuance based on the aforementioned grounds.

**WHEREFORE,** Defendant respectfully requests this Court to grant her Unopposed Motion to Continue the sentencing in this case, and to re-schedule the sentencing on or after March 23, 2001.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Bruce Brown, Esq., Assistant United States Attorney, 500 Australian Avenue S., Suite 400, West Palm Beach, FL 33401, by (U.S. Mail) hand-delivery / facsimile, on this 28 day of December, 2000.

Respectfully submitted,

VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
318 Ninth Street
West Palm Beach, FL 33401
(561) 832-7510
(561) 514-0610 (facsimile)
Fla Bar No. 047661

Counsel for Defendant (local counsel)