## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br>     Plaintiff, ) <br> vs. ) <br> ) <br> **CINDY K. DEFRIES** ) <br> ) <br>     Defendant. ) <br> _____/ | Case No. 00-6210-CR-HURLEY <br><br> Magistrate Judge Vitunac <br><br> FILED by _____ D.C. <br> JAN - 4 2001 <br> CLARENCE MADDOX <br> CLERK U.S. DIST. CT. <br> S.D. OF FLA. - W.P.B. |

### ORDER ON DEFENDANT'S MOTION FOR
### CONTINUANCE OF SENTENCING HEARING

THIS CAUSE comes before the Court upon the above-captioned motion. Upon argument of counsel for Defendant, it is:

**ORDERED AND ADJUDGED** that:

Defendant's Motion for Continuance of Plea Conference is hereby: **GRANTED**/ ~~DENIED~~.

The Sentencing Hearing in this case will be reset.

**DONE AND SIGNED** in Chambers at West Palm Beach, Florida, this ____ day of January, 2001.

                                              **Daniel T.K. Hurley**
                                              **United States District Judge**

copies to:
Valentin Rodriguez, Esq.
AUSA Bruce Brown

