UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6210-CR-HURLEY

UNITED STATES OF AMERICA,
  Plaintiff,

v.

CINDY K. DEFRIES,
  Defendant.
_____/



FILED by ___ D.C.
JAN 1 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER RESETTING SENTENCING HEARING

**THIS CAUSE** come before the court *sua sponte*. The defendant's unopposed motion to continue the sentencing hearing having been granted by previous order, it is

**ORDERED** and **ADJUDGED**:

The sentencing hearing is reset for **Friday, March 30, 2001, at 9:00 a.m.** in courtroom 5, of the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida 33401.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this __10th__ day of January, 2001.

                                    _____
**copy furnished:**                  Daniel T. K. Hurley
AUSA Bruce O. Brown                  United States District Judge
Valentin Rodriguez, Esq.
United States Probation Office, West Palm Beach, FL.

