UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 00-6210-CR-HURLEY |
| ) | |
| Plaintiff, ) | Magistrate Judge Vitunac |
| vs. ) | |
| ) | |
| CINDY K. DEFRIES ) | |
| ) | |
| Defendant. ) | |
| _____/ | |

### DEFENDANT'S MOTION TO BE DECLARED INDIGENT
### AND REQUEST FOR COURT-APPOINTED COUNSEL FOR APPEAL

Defendant, **Cindy DeFries,** through counsel, hereby requests this Honorable Court to issue an order to be declared indigent and order appointing counsel for her appeal pursuant to the Criminal Justice Act. As grounds, counsel for Defendant states:

1. The undersigned attorney presented evidence at the sentencing hearing on March 30, 2001, pertaining to the Defendant's ability to afford appellate counsel.

2. The Court found that Defendant was indigent, and scheduled a hearing on prior payments of attorneys' fees.

3. Defendant has herewith filed her notice of appeal, and has been released on appellate bond.

4. Because Defendant is indigent, she is entitled to court financial assistance in the



preparation of her appeal.

5. Defendant requests waiving of the filing fee for the appeal to the Eleventh Circuit.

6. There is a good faith basis for Defendant's appeal.

**WHEREFORE,** Defendant respectfully requests this Court to grant her Motion to be declared indigent and to appoint court-appointed counsel to represent her in the initial appeal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Bruce O. Brown, Esq., Assistant United States Attorney, 500 Australian Avenue South, Suite 400, West Palm Beach, FL 33401, and Sheila Tierney, United States Probation, 501 South Flagler Drive, Room 400, West Palm Beach, FL 33401, by U.S. Mail / hand-delivery / facsimile, on this 30 day of March, 2001.

Respectfully submitted,

_____
VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
318 Ninth Street
West Palm Beach, FL 33401
(561) 832-7510
Fla Bar No. 047661

Counsel for Defendant

2