

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 00-6210-CR-HURLEY |
| Plaintiff, ) | |
| vs. ) | Magistrate Judge Vitunac |
| ) | |
| CINDY K. DEFRIES ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

The undersigned, as counsel for Defendant Cindy DeFries, pursuant to F.R.A.P. 4(b), hereby files this her Notice of Appeal of the Final Judgment entered in this criminal case on March 30, 2001, pertaining to the adjudication of guilt entered by the trial court after a jury trial on December 14, 2000, and the sentenced entered on March 30, 2001. Defendant specifically enters this notice of appeal on evidentiary issues at trial, discovery violations, jury instructions, sufficiency of the evidence, and enhancement issues ( USSG §§2B1.1(1)(H), 2B1.1(b)(4)(A), and 5K2.0) pertaining to the sentencing.



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Bruce O. Brown, Esq., Assistant United States Attorney, 500 Australian Avenue South, Suite 400, West Palm Beach, FL 33401, and Sheila Tierney, United States Probation, 501 South Flagler Drive, Room 400, West Palm Beach, FL 33401, by U.S. Mail / hand-delivery / facsimile, on this 30 day of March, 2001.

Respectfully submitted,

VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
318 Ninth Street
West Palm Beach, FL 33401
(561) 832-7510
Fla Bar No. 047661

Counsel for Defendant
(court-appointed CJA)