UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6210-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

CINDY K. DEFRIES,
    Defendant.
_____/



### ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO BE DECLARED INDIGENT AND FOR APPOINTMENT OF COUNSEL

THIS CAUSE is before the court upon defendant's motion to be declared indigent and for appointment of counsel for appellate issues. A review of the court files reflect the defendant retained counsel for trial proceedings. In accord with 11th Cir. R. Addendum Four, 11th Cir. Plan Under the Criminal Justice Act (b)(2), when a defendant retains counsel for trial proceedings and for appellate issues request to be declared indigent, the court is required to conduct an in camera evidentiary hearing to determine whether the defendant is now indigent and financially unable to retain counsel for appellate issues. The court is further required to inquire of defendant (and if necessary, of her counsel and anyone else involved in the payment of counsel's fees) as to her present financial circumstances. For that reason, it is

**ORDERED** and **ADJUDGED** as follows:

1. The motion to be declared indigent and for appointment of counsel for appellate issues is **denied** without prejudice.



2. The defendant may re-file the motion with a detailed supporting financial affidavit or declaration of indigence.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida, this ____ day of April, 2001.

Daniel T. K. Hurley
United States District Judge

**Copy furnished:**
AUSA Richard T. Brown
Valentin Rodriguez, Esq.