NIGHT BOX
FILED

02 2001

# UNITED STATES DISTRICT COURT
CLERK, USDC / SDFL / WPB
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 00-6210-CR-HURLEY |
| ) | |
| Plaintiff, ) | Magistrate Judge Vitunac |
| vs. ) | |
| ) | |
| CINDY K. DEFRIES ) | |
| ) | |
| Defendant. ) | |
| _____/ | |

## DEFENDANT'S NOTICE OF FILING FINANCIAL AFFIDAVIT AND REQUEST FOR COURT-APPOINTED COUNSEL FOR APPEAL

Defendant, **Cindy DeFries,** through counsel, hereby files this her Notice of Filing Financial Affidavit, and requests this Honorable Court to issue an order to be declared indigent and order appointing counsel for her appeal pursuant to the Criminal Justice Act.  As grounds, counsel for Defendant states:

1.    The undersigned attorney presented evidence at the sentencing hearing on March 30, 2001, pertaining to the Defendant's ability to afford appellate counsel.

2.    This Court denied Defendant's initial request to be declared indigent, without prejudice, so that Defendant could file a Financial Affidavit.

3.    Defendant has filed, as *Exhibit A*, Form CJA 23, Financial Affidavit, which clearly indicates that Defendant is indigent for purposes of the appeal.

# DECLARATION OF CINDY K. DEFRIES
# IN SUPPORT OF MOTION TO BE DECLARED INDIGENT

My name is Cindy K. DeFries; I am an adult resident of Bloomington, Indiana, and I

have personal knowledge of the following:

1.   I am indigent and not able to afford an attorney for my appeal in United
     States v. Cindy DeFries, Case No. 00-6210-CR-HURLEY.

2.   I have moved in with my boyfriend, Bob Goodman, who now is assisting me
     with meeting my basic needs. I currently live with him at: 2215 West 3rd
     Street, No. 29, Bloomington, IN 47404. I have moved from a house rental to
     a mobile home, in order to save expenses and meet child support obligations.

3.   I have paid, throughout the course of the litigation in this case, fees to
     attorneys as follows:

     Robert Miller, Esq.:              $6,000 retainer
                                       $2,500 expenses for trial

     Valentin Rodriguez, Esq.:         $5,100 retainer

4.   However, all of these attorneys fees' were provided exclusively by my
     mother and step-father, as well as Bob Goodman. My step-father is the
     primary support of attorney's fees. Glen Felling, P.O. Box 5101, North Terre
     Haute, Indiana, 47405. He testified at my trial that he, indeed, paid for my
     legal expenses, based on a second mortgage he took for his home.

I certify under penalty of perjury that the foregoing is true and correct, and that I have a
bona fide need for assistance of counsel for my appeal.

Signed: _____    Dated: _____
        Cindy K. DeFries



# FINANCIAL AFFIDAVIT

CJA 23

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

REV. 5/98

| IN UNITED STATES IN THE CASE OF | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|

**IN THE CASE OF** United States v. Cindy DeFries

**FOR** So.Dist.of Fla.

**AT** West Palm Beach

**PERSON REPRESENTED** (Show your full name)
Cindy K. DeFries

- X☒ 1 Defendant—Adult
- ☐ 2 Defendant—Juvenile
- ☐ 3 Appellant
- ☐ 4 Probation Violator
- ☐ 5 Parole Violator
- ☐ 6 Habeas Petitioner
- ☐ 7 2255 Petitioner
- ☐ 8 Material Witness
- ☐ 9 Other (Specify)

**DOCKET NUMBERS**

Magistrate

District Court
00-6210CRHURLEY

Court of Appeals
01-12182-J

**CHARGE/OFFENSE** (describe if applicable & check box → )   ☐ Felony   ☐ Misdemeanor

18 USC   228(a)(3)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed?  X Yes  ☐ No  ☐ Am Self Employed

Name and address of employer: CATO Fashion, Whitehall Plaza, Bloomington, IN 47404

IF YES, how much do you earn per month? $ 1,000⁰⁰

IF NO, give month and year of last employment
How much did you earn per month $ _____

If married is your Spouse employed?  ☐ Yes  ☒ No

IF YES, how much does your Spouse earn per month? $ N/A

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ Ø

SOURCES no profits

**CASH**

Have you any cash on hand or money in savings or checking account  ☐ Yes  ☒ No   IF YES, state total amount $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

IF YES, GIVE VALUE AND DESCRIBE IT

VALUE

DESCRIPTION None

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
- ☒ SINGLE
- ☐ MARRIED
- ☐ WIDOWED
- ☐ SEPARATED OR DIVORCED

Total No. of Dependents  01

List persons you actually support and your relationship to them

None other than self

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: Mobile Home = $350⁰⁰/month | $ — | $ 350 |
| Child Support (per court order) = $500/month | $ 40,000 + | $ 500 + |
| Miscellaneous creditors | $ 20,000 | $ Varies |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) __May 3, 2001__

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)**

Cindy K. DeFries

DEFENDANT'S EXHIBIT A

4.    Defendant has filed, as *Exhibit B*, an affidavit pertaining to the amount of funds paid

to the trial attorneys in this matter, including information on who paid for the legal fees

for her defense in this case.

5.    Because time is of the essence due to the Eleventh Circuit mandate in this matter,

Defendant will supplement the record with actual signature copies of Exhibits A and

B. Defendant requests a hearing where she may appear by telephone because she lives

in Indiana, and cannot afford travel to West Palm Beach.

**WHEREFORE,** Defendant respectfully requests this Court to grant her Motion to be declared

indigent and to appoint court-appointed counsel to represent her in the initial appeal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Bruce O.

Brown, Esq., Assistant United States Attorney, 500 Australian Avenue South, Suite 400, West Palm

Beach, FL 33401, by U.S. Mail / hand-delivery / facsimile, on this 3 day of May, 2001.

Respectfully submitted,

_____
VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
318 Ninth Street
West Palm Beach, FL 33401
(561) 832-7510
Fla Bar No. 047661

Counsel for Defendant