**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6210-CR-HURLEY

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.

**CINDY K. DEFRIES,**
    Defendant.

_____/



FILED by ___ D.C.

MAY - 4 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**ORDER OF REFERRAL TO UNITED STATES**
**MAGISTRATE JUDGE**

**THIS MATTER** is before the court upon written motion filed by the above named defendant to be declared indigent for purpose of appeal and for appointment of appellate counsel. In accord with 11th Cir. R. Addendum Four, 11th Cir. Plan Under the Criminal Justice Act (b)(2), this court is required to conduct an <u>in camera</u> evidentiary hearing to determine whether appellant is indigent and financially unable to retain counsel for her appeal. The court is further required to inquire of appellant (and if necessary, of her counsel and anyone else involved in the payment of counsel's fees) as to her present financial circumstances. Such inquiry should cover the amount paid to retained counsel for fees and expenses and the amount, if any, still owing to counsel. The district court shall determine whether the fees counsel received were in excess of what would constitute a reasonable fee under the circumstances and submit its findings of fact and conclusions of law and a copy of the transcript of the <u>in camera</u> proceedings to the appellate court. For that reason, it is

**ORDERED** and **ADJUDGED**:

1. The motion is referred to United States Magistrate Judge Ann E. Vitunac for proposed findings and recommended disposition. The Magistrate shall conduct an <u>in camera</u> evidentiary

hearing and provide the court with a recommended disposition.

    2. Counsel shall send copies of all relevant pleadings and filings directly to the above referenced Magistrate Judge when filed with the court.

    **DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this \_\_\_4th\_\_\_ day of May, 2001.

**copy furnished:**
Magistrate Judge Ann E. Vitunac
AUSA Bruce O. Brown
Valentin Rodriguez, Esq.

                      Daniel T. K. Hurley
                      United States District Judge