# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA
    Plaintiff,

VS.

CINDY K. DEFRIES (B)
**(Deft. will appear via telephone)**
    Defendant.

**NOTICE**

CASE NUMBER: 00-6210-CR-HURLEY/VITUNAC

TYPE OF CASE:

( ) **CIVIL**   (XX) **CRIMINAL**

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| PLACE:<br>UNITED STATES COURTHOUSE<br>701 CLEMATIS STREET<br>WEST PALM BEACH, FL. 33401 | ROOM NO.:<br>__COURTROOM #3__   (4TH FLOOR)<br>DATE AND TIME:<br>**MONDAY, 5-14-01 @ 10:00 AM** |

TYPE OF PROCEEDING:

IN CAMERA HEARING TO DETERMINE WHETHER APPELLANT IS INDIGENT AND FINANCIALLY UNABLE TO RETAIN COUNSEL FOR HER APPEAL

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

MAY 14, 2001
DATE

(BY) DEPUTY CLERK

TO: VALENTIN RODRIGUEZ, ESQUIRE
    UNITED STATES ATTORNEY (BRUCE BROWN)
    UNITED STATES MARSHAL
    UNITED STATES PROBATION