## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>**CINDY K. DEFRIES** )<br>)<br>Defendant. )<br>_____/ | Case No. 00-6210-CR-HURLEY<br><br>Magistrate Judge Vitunac |

### DEFENDANT'S NOTICE OF FILING ORIGINAL COPY OF FINANCIAL AFFIDAVIT AND DECLARATION IN SUPPORT OF INDIGENCY

Defendant, **Cindy DeFries,** through counsel, hereby files this her Notice of Filing Original Financial Affidavit and Declaration in Support of Indigency, and requests this Honorable Court to take notice of the Exhibits at the May 14, 2000, hearing on indigency. The exhibits are attached hereto as Exhibit A and Exhibit B.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Bruce O. Brown, Esq., Assistant United States Attorney, 500 Australian Avenue South, Suite 400, West Palm Beach, FL 33401, by U.S. Mail / hand-delivery / facsimile, on this ___7___ day of May, 2001.



Respectfully submitted,

_____
VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
318 Ninth Street
West Palm Beach, FL 33401
(561) 832-7510
Fla Bar No. 047661

Counsel for Defendant

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 REV. 5/98

| IN UNITED STATES IN THE CASE OF | ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|
| United States v. Cindy DeFries | FOR So.Dist.of Fla. AT West Palm Beach | |

| PERSON REPRESENTED (Show your full name) | | DOCKET NUMBERS |
|---|---|---|
| Cindy K. DeFries | ☒ Defendant—Adult <br> 2 ☐ Defendant—Juvenile <br> 3 ☐ Appellant <br> 4 ☐ Probation Violator <br> 5 ☐ Parole Violator <br> 6 ☐ Habeas Petitioner <br> 7 ☐ 2255 Petitioner <br> 8 ☐ Material Witness <br> 9 ☐ Other (Specify) | Magistrate <br><br> District Court <br> 00-6210CRHURLEY <br><br> Court of Appeals <br> 01-12182-J |
| CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor <br><br> 18 USC 228(a)(3) | | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
Name and address of employer: CATO Fashion, Whitehall Plaza, Bloomington, IN 47404
IF YES, how much do you earn per month? $ 1,000.00
IF NO, give month and year of last employment. How much did you earn per month $ _____

If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ N/A
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ 0
SOURCES: no profits

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE: $ _____
DESCRIPTION: None

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 01
List persons you actually support and your relationship to them: None other than self

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Mobile Home = $350.00/month | | | $ 350 |
| Child Support (per court order) = $500/month | | $ 40,000+ | $ 500+ |
| Miscellaneous creditors | | $ 20,000 | Varies |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) May 3, 2001

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Cindy DeFries

· Cindy K. DeFries

**DEFENDANT'S EXHIBIT A**

# DECLARATION OF CINDY K. DEFRIES
## IN SUPPORT OF MOTION TO BE DECLARED INDIGENT

My name is Cindy K. DeFries; I am an adult resident of Bloomington, Indiana, and I have personal knowledge of the following:

1. I am indigent and not able to afford an attorney for my appeal in United States v. Cindy DeFries, Case No. 00-6210-CR-HURLEY.

2. I have moved in with my boyfriend, Bob Goodman, who now is assisting me with meeting my basic needs. I currently live with him at: 2215 West 3rd Street, No. 29, Bloomington, IN 47404. I have moved from a house rental to a mobile home, in order to save expenses and meet child support obligations.

3. I have paid, throughout the course of the litigation in this case, fees to attorneys as follows:

   Robert Miller, Esq.:         $6,000 retainer
                                $2,500 expenses for trial

   Valentin Rodriguez, Esq.:    $5,100 retainer

4. However, all of these attorneys fees' were provided exclusively by my mother and step-father, as well as Bob Goodman. My step-father is the primary support of attorney's fees. Glen Felling, P.O. Box 5101, North Terre Haute, Indiana, 47405. He testified at my trial that he, indeed, paid for my legal expenses, based on a second mortgage he took for his home.

I certify under penalty of perjury that the foregoing is true and correct, and that I have a bona fide need for assistance of counsel for my appeal.

Signed: _____ Dated: 5/13/01
        Cindy K. DeFries



DEFENDANT'S EXHIBIT B