UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 00-6210-CR-HURLEY |
| ) | |
| Plaintiff, ) | Magistrate Judge Vitunac |
| vs. ) | |
| ) | |
| CINDY K. DEFRIES ) | |
| ) | |
| Defendant. ) | |

FILED by ___ D.C.
MAY 18 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER CLARIFYING DEFENDANT'S
## POST-TRIAL RELEASE STATUS

On March 30, 2001, the Court upon Defendant DeFries' Motion for Release Pending Appeal ordered that, pursuant to 18 U.SC. § 3143(b), Defendant remained at liberty pending appeal. The record indicates that Defendant DeFries, through counsel, filed Notice of Appeal on March 30, 2001.

**ORDERED AND ADJUDGED** that:

Defendant Cindy K. DeFries is to remain at liberty pending the mandate from the Eleventh Circuit Court of Appeals, subject to the same conditions imposed for pre-trial release

DONE AND SIGNED in Chambers at West Palm Beach, Florida, this 18 day of May, 2001.

~~Daniel T.K. Hurley~~
United States District Judge  *Magistrate Judge*

copies to:
Valentin Rodriguez, Esq.
Bruce O. Brown, Esq. (AUSA)
U.S. Marshal's Office