UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER |
| PLAINTIFF, ) | 00-6210-CR-HURLEY |
| ) | |
| vs. ) | |
| ) | |
| CINDY K. DEFRIES, ) | THIS VOLUME: |
| ) | PAGES 1-7 |
| DEFENDANT. ) | |
| _____) | |

TRANSCRIPT of IN-CAMERA HEARING ON INDIGENCY had before the MAGISTRATE JUDGE ANN E. VITUNAC, in West Palm Beach, Palm Beach County, Florida, on Monday, May 14, 2001, in the above styled matter.

APPEARANCES:

FOR THE GOVERNMENT:                NO APPEARANCE

FOR THE DEFENDANT:                 VALENTIN RODRIGUEZ, ESQ.

ANITA LaROCCA
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 205-D
FORT LAUDERDALE, FLORIDA 33301
954 769-5568