UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 00-6210-CR-HURLEY |
| Plaintiff, ) | Magistrate Judge Vitunac |
| vs. ) | |
| CINDY K. DEFRIES ) | |
| Defendant. ) | |

### DEFENDANT'S AMENDED MOTION TO BE DECLARED INDIGENT AND REQUEST FOR COURT-APPOINTED COUNSEL FOR APPEAL

Defendant, **Cindy DeFries,** through counsel, hereby requests this Honorable Court to issue an order to be declared indigent and order appointing counsel for her appeal pursuant to the Criminal Justice Act. As grounds, counsel for Defendant states:

1. The undersigned attorney presented evidence at the sentencing hearing on March 30, 2001, pertaining to the Defendant's ability to afford appellate counsel

2. An in-camera hearing was held on May 14, 2001, regarding Defendant's indigency.

3. Magistrate Vitunac recommended that Defendant be declared indigent for purposes of appeal.

4. Defendant has herewith filed her notice of appeal, and has been released on appellate bond.

5. Because Defendant is indigent, she is entitled to court financial assistance in the preparation of her appeal.

6. There is a good faith basis for Defendant's appeal.

**WHEREFORE,** Defendant respectfully requests this Court to grant her renewed motion to be declared indigent and to appoint the undersigned to represent her in the initial appeal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to: Bruce O. Brown, Esq., Assistant United States Attorney, 500 Australian Avenue South, Suite 400, West Palm Beach, FL 33401, by U.S. Mail / hand-delivery / facsimile, on this ___ day of June, 2001.

Respectfully submitted,

VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
318 Ninth Street
West Palm Beach, FL 33401
(561) 832-7510
Fla Bar No. 047661

Counsel for Defendant (trial)

2