UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6210-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CINDY K. DEFRIES,

    Defendant.
_____/

FILED by _____ D.C.
JUN - 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER GRANTING MOTION TO BE DECLARED INDIGENT FOR PURPOSE OF APPEAL AND APPOINTING VALENTIN RODRIGUEZ, ESQ., AS APPELLATE COUNSEL

**THIS MATTER** is before the Court upon written motion to be declared indigent for purpose of appeal and for appointing appellate counsel. This motion was referred to United States Magistrate Judge Ann E. Vitunac to conduct an <u>in camera</u> evidentiary hearing and to submit proposed findings and recommended disposition as to whether the defendant/appellant is indigent and financially unable to retain counsel for his appeal. Upon *de novo* review of the Report and Recommendation and in accordance with *28 U.S.C. §636(B)(1)(c)*, it is

**ORDERED** and **ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation [DE-53] is **ADOPTED**.

2. Defendant/appellant's motion to be declared indigent for purpose of appeal and for appointing appellate counsel is **GRANTED**;

3. Valentin Rodriguez, Esq., defendant/appellant's trial counsel, is appointed pursuant to the



Criminal Justice Act to represent defendant/appellant on appeal.

**DATED** and **SIGNED** in Chambers at West Palm Beach, this __6th__ day of __June__, 2001.

_____
Daniel T. K. Hurley
United States District Judge

**copy furnished:**
Court of Appeals, 11th Cir.
AUSA - Bruce Brown (FTL)
Valentin Rodriguez, Esq.