IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,           )
                            )
vs.                         )
                            )
CINDY K. DEFRIES,           )   CASE NUMBER:
                            )   00-6210-CR-HURLEY
                            )
        Defendant.           )
                            )

Transcript of sentencing proceedings before the Honorable Daniel T. K. Hurley, United States District Judge, at West Palm Beach, Florida, on the 30th day of March, 2001.

APPEARANCES OF COUNSEL:

  For the United States:     BRUCE T. BROWN, AUSA
                             West Palm Beach, Florida

  For the Defendant:         VALENTIN RODRIGUEZ, ESQ.
                             West Palm Beach, Florida

  Court Reporter:            Jerald J. Reeves, RPR

  Proceedings recorded by mechanical stenography.

  Transcription produced by computer.

OFFICIAL REPORTER UNITED STATES DISTRICT COURT