182

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. |
| | ) | 00-6210-Cr-HURLEY |
| Plaintiff, | ) | |
| | ) | West Palm Beach, Fl. |
| v. | ) | December 14, 2000 |
| | ) | 9:30 a.m. |
| CINDY K. DEFRIES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

VOLUME 4
TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE DANIEL T.K. HURLEY
and a jury

APPEARANCES:

For the Government:   BRUCE BROWN, Assistant U.S. Attorney.


For the Defendant:    ROBERT T. MILLER and VALENTIN RODRIQUEZ,
                      ESQS.


Court Reporter:       Pauline A. Stipes, CSR, RPR, RMR
                      United States Courthouse
                      West Palm Beach, FL  33401

Pauline A. Stipes
Official Federal Reporter