1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. |
| | ) | 00-6210-Cr-HURLEY |
| Plaintiff, | ) | |
| | ) | West Palm Beach, Fl. |
| v. | ) | December 13, 2000 |
| | ) | 9:30 a.m. |
| CINDY K. DEFRIES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ---------------------------------x | | |

VOLUME 3
TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE DANIEL T.K. HURLEY
and a jury


APPEARANCES:

For the Government:    BRUCE BROWN, Assistant U.S. Attorney.



For the Defendant:     ROBERT MILLER, ESQ., and
                       VALENTIN RODRIGUEZ, ESQ.




Court Reporter:    Pauline A. Stipes, CSR, RPR, RMR
                   United States Courthouse
                   West Palm Beach, FL  33401


Pauline A. Stipes
Official Federal Reporter