1

```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
                     WEST PALM BEACH DIVISION


UNITED STATES OF AMERICA,     .   CASE NO. 00-6210-CR-DTKH
                              .
              PLAINTIFF,      .   WEST PALM BEACH, FLORIDA
                              .
        V.                    .
                              .   DECEMBER 11, 2000
CINDY DEFRIES,                .
                              .
              DEFENDANT,      .
. . . . . . . . . . . . . .   .   TRIAL DAY 1

                    - - - - -

         TRANSCRIPT OF PROCEEDINGS HAD
      BEFORE THE HONORABLE DANIEL T.K. HURLEY
      UNITED STATES DISTRICT JUDGE, AND A JURY

                    - - - - -

APPEARANCES

FOR THE UNITED STATES:    BRUCE BROWN, AUSA



FOR THE DEFENDANT:        ROBERT MILLER, ESQ.
                            And
                          VALENTIN RODRIGUEZ, ESQ.



COURT REPORTER:           CRISS D. BERTLING, RPR-CM
                          OFFICIAL COURT REPORTER
                          UNITED STATES DISTRICT COURT
                          PO BOX 8873
                          JUPITER, FLORIDA  33468

                    - - - - -

       (PROCEEDINGS RECORDED AND TRANSCRIBED VIA C.A.T.)
```