```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                      WEST PALM BEACH DIVISION

 3                                  .
      UNITED STATES OF AMERICA,     .   CASE NO. 00-6210-CR-DTKH
 4                                  .
                       PLAINTIFF,   .   WEST PALM BEACH, FLORIDA
 5                                  .
                  V.                .
 6                                  .   DECEMBER 12, 2000
      CINDY DEFRIES,                .
 7                                  .
                       DEFENDANT,   .
 8    . . . . . . . . . . . . .         TRIAL DAY 2

 9                              - - - - -

10              TRANSCRIPT OF PROCEEDINGS HAD
           BEFORE THE HONORABLE DANIEL T.K. HURLEY
11         UNITED STATES DISTRICT JUDGE, AND A JURY

12                              - - - - -

13    APPEARANCES

14    FOR THE UNITED STATES:    BRUCE BROWN, AUSA

15

16
      FOR THE DEFENDANT:        ROBERT MILLER, ESQ.
17                                 And
                                 VALENTIN RODRIGUEZ, ESQ.
18

19
      COURT REPORTER:           CRISS D. BERTLING, RPR-CM
20                              OFFICIAL COURT REPORTER
                                UNITED STATES DISTRICT COURT
21                              PO BOX 8873
                                JUPITER, FLORIDA  33468
22
                                - - - - -
23
              (PROCEEDINGS RECORDED AND TRANSCRIBED VIA C.A.T.)
24

25
```