UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
701 CLEMATIS STREET
WEST PALM BEACH, FLORIDA 33401

CLARENCE MADDOX,
CLERK OF COURT

Date: **January 31, 2002**

**Clerk, United States Court of Appeals**
**Eleventh Circuit**
56 Forsyth Street, N. W.
Atlanta, GA. 30303

IN RE:  District Court No:  00-6210-CR-DTKH

Appeal Court No:  01-12182-J

Style:  USA  V.  DEFRIES

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

__1__  Volume(s) of pleadings;

__6__  Volume(s) of transcripts;

__X__  Exhibits:   ____ boxes;   ____ folders;

           ____ envelopes;   ____ other;

           __1__ PSIs (sealed)

____  Other:

Sincerely,

CLARENCE MADDOX, , Clerk of Court

By: _Marjorie R. Roberts_
       Deputy Clerk
Attachment
C: Court file

```
                                                      AEV       CLOSED
                                                      APPEAL
                     U.S. District Court
             Southern District of Florida (FtLauderdale)

       CRIMINAL DOCKET FOR CASE #: 00-CR-6210-ALL
```

USA v. Defries                                            Filed: 08/01/00
Dkt# in other court: None

Case Assigned to: Judge Daniel T. K. Hurley

```
CINDY K. DEFRIES (1) , DOB 3-      Valentin Rodriguez, Jr.
29-51 #06408-028 242 N.              [term  04/16/01]
TUCKAWAY RIDGE NASHVILLE,          FTS 514-0610
INDIANA 47448 812-988-1016         561-832-7510
     defendant                     [COR LD NTC ret]
  [term  04/16/01]                 318 9th Street
                                   West Palm Beach, FL 33401

                                   Robert T. Miller
                                     [term  04/16/01]
                                   812-330-9690
                                   Suite 215
                                   [COR LD NTC ret]
                                   205 North College Avenue
                                   Bloomington, IN 47404
```

Pending Counts:                          Disposition

18:228.F FAILURE TO PAY CHILD      one year and one day. The
SUPPORT 2nd OFNS                   defendant shall surrender to
(2)                                the  United States Marshal for
                                   this districted as notified by
                                   the United States Marshal.
                                   Supervised Release for a term
                                   of  1 year. The defendant shall
                                   not possess a fiearm. (See
                                   judgment for conditions of
                                   supervision). Assessment of
                                   $100. and restitution in the
                                   amount of $40.110.20. The
                                   defendant shall make
                                   restitution to the payees as
                                   listed    in the presentence
                                   report. The Court determined
                                   that the    defendant does not
                                   have the ability to pay
                                   interest. The    interest
                                   requirment is waived. Payment
                                   of the total        criminal
                                   monetary penalties shall be due
                                   in a lump sum

Docket as of January 31, 2002 2:04 pm            Page 1

MKH
1/31/02

```
Proceedings include all events.                                          AEV
0:00cr6210-ALL USA v. Defries                                     CLOSED APPEAL
                                immediatley.
                                (2)


Offense Level (opening): 4

Terminated Counts:               Disposition

18:228.F FAILURE TO PAY CHILD    dismissed
SUPPORT 2nd OFNS                 (1)
(1)


Offense Level (disposition): 4



Complaints:

    NONE


U. S. Attorneys:

    Bruce Brown
    Below Address Terminated on 6/12/01
    FTS 530-7976
    305-961-9322
    [COR LD NTC]
    United States Attorney's Office
    99 NE 4th Street
    Miami, FL 33132
    305-961-9000

    Bruce Brown
    FTS 356-7336
    954-356-7255X3508
    [COR LD NTC]
    United States Attorney's Office
    500 E Broward Boulevard
    7th Floor
    Fort Lauderdale, FL 33394-3002
    954-356-7255

    PTS Officer
    561-803-3460
    [COR LD NTC]
    Pretrial Services Office
    701 Clematis Street
    Room 221
    West Palm Beach, FL 33401
    561-803-3460

Docket as of January 31, 2002 2:04 pm                           Page 2
```

```
Proceedings include all events.                                              AEV
0:00cr6210-ALL USA v. Defries                                        CLOSED APPEAL

    Probation Officer
    FTS 655-1049
    561-804-6894
    [COR LD NTC]
    United States Probation Office
    501 S Flagler Drive
    Suite 400
    West Palm Beach, FL 33401-5912
    561-804-6894
```

*Begin Vol #1*

| | | |
|---|---|---|
| Proceedings include all events.<br>0:00cr6210-ALL USA v. Defries | | AEV<br>CLOSED APPEAL |
| 8/1/00 | 1 | MOTION by USA as to Cindy K. Defries to seal until arrest of the defendant (pb) [Entry date 08/02/00] |
| 8/1/00 | 2 | ORDER as to Cindy K. Defries granting [1-1] motion to seal until arrest of the defendant as to Cindy K. Defries (1) ( Signed by Magistrate Barry S. Seltzer on 8/1/00) CCAP [EOD Date: 8/2/00] CCAPΔ (pb) [Entry date 08/02/00] |
| 8/1/00 | 3 | SEALED INDICTMENT as to Cindy K. Defries (1) count(s) 1, 2 (Criminal Category 1) (pb) [Entry date 08/02/00] |
| 8/1/00 | 4 | ARREST WARRANT issued as to Cindy K. Defries. Warrant issued by Magistrate Barry S. Seltzer Bail fixed at $25,000 personal surety (pb) [Entry date 08/02/00] |
| 8/1/00 | -- | Magistrate identification: Magistrate Judge Ann E. Vitunac (pb) [Entry date 08/02/00] |
| 9/1/00 | 5 | Rule 40 Documents as to Cindy K. Defries received from Southern District of Indiana (kw) [Entry date 09/01/00] |
| 9/11/00 | 6 | Arrest WARRANT Returned Executed as to Cindy K. Defries on 8/25/00 (kw) [Entry date 09/12/00] |
| 9/11/00 | -- | Indictment unsealed as to Cindy K. Defries (kw) [Entry date 09/12/00] |
| 9/15/00 | 7 | NOTICE of Appearance for Cindy K. Defries by Attorney Valentin Rodriguez Jr. (at) [Entry date 09/18/00] |
| 9/15/00 | 8 | MOTION by Cindy K. Defries for Robert T. Miller to appear pro hac vice (at) [Entry date 09/18/00] |
| 9/18/00 | 9 | Minutes of Initial Hearing held on 9/18/00 before Magistrate Ann E. Vitunac as to Cindy K. Defries; Initial, Bond & Arraignment, dft not present, case to be recalled, dft present at 10:15 a.m. Indictment read to dft, Court adopts bond and all conditions as previously set in S/D of Indiana, motion for pro hac vice will be granted after fee is paid; Stat/Disc set for 10-18-00 at 9:30 a.m before Judge Johnson Tape #: AEV-00-62-3473/00-63-1080 (at) [Entry date 09/19/00] |
| 9/18/00 | -- | Deadline updated as to Cindy K. Defries, status conference /disc for 9:30 a.m. on 10/18/00 for Cindy K. Defries before Ch. Magistrate Judge Linnea R. Johnson (at) [Entry date 09/19/00] |
| 9/18/00 | 10 | REPORT Commencing Criminal Action as to Cindy K. Defries DOB: 3/29/51 Prisoner # 06408-028 (at) [Entry date 09/19/00] |



Proceedings include all events.                                      AEV
0:00cr6210-ALL USA v. Defries                              CLOSED APPEAL

| Date | # | Entry |
|---|---|---|
| 9/18/00 | 11 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Cindy K. Defries Set status conference for 9:30 a.m. on 10/18/00 for Cindy K. Defries before Ch. Magistrate Judge Linnea R. Johnson (Signed by Magistrate Ann E. Vitunac on 9/18/00) CCAP [EOD Date: 9/19/00] CCAP (at) [Entry date 09/19/00] |
| 9/18/00 | 12 | STANDING DISCOVERY ORDER as to Cindy K. Defries all motions concerning matters not covered by this order must filed within 28 days of this order (Signed by Magistrate Ann E. Vitunac on 9/18/00) CCAP (at) [Entry date 09/19/00] |
| 9/18/00 | -- | ARREST of Cindy K. Defries (at) [Entry date 09/19/00] |
| 9/18/00 | 14 | ARRAIGNMENT INFORMATION SHEET for Cindy K. Defries (1) count(s) 1, 2 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (at) [Entry date 09/19/00] |
| 9/19/00 | 13 | ORDER on Initial Appearance as to Cindy K. Defries Bond set to $25,000 PSB SET IN S/D OF INDIANA for Cindy K. Defries. before Magistrate Ann E. Vitunac, , Continued on a $25,000 PSB set in S/D of Indiana. (Signed by Magistrate Ann E. Vitunac on 9/18/00) Tape # AEV-00-62-3473/00-63-1080 CCAP (at) [Entry date 09/19/00] |
| 9/19/00 | 15 | CONTINUED PERSONAL SURETY BOND FROM S/D OF INDIANA entered by Cindy K. Defries in Amount $25,000 Approved by Magistrate Ann E. Vitunac . Additional conditions: All Conditions As Set In The S/D of Indiana Are Hereby Adopted and Remain In Full Force and Effect (at) [Entry date 09/19/00] |
| 9/19/00 | 16 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE as to Cindy K. Defries granting [8-1] motion for Robert T. Miller to appear pro hac vice as to Cindy K. Defries (1) (Signed by Magistrate Ann E. Vitunac on 9/19/00) CCAP [EOD Date: 9/19/00] CCAPΔ (at) [Entry date 09/19/00] |
| 10/13/00 | 17 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Cindy K. Defries Status conference set for 8:40 a.m. 11/7/00 for Cindy K. Defries before Judge Daniel T. K. Hurley (Signed by Judge Daniel T. K. Hurley on 10/12/00) CCAP [EOD Date: 10/16/00] CCAP (at) [Entry date 10/16/00] |
| 10/18/00 | 18 | ORDER as to Cindy K. Defries. There are no pending motions for pretrial determination, there are no discovery problems, the parties estimate trial will take 3 days to complete. (Signed by Ch. Magistrate Judge Linnea R. Johnson on 10/18/00) CCAP [EOD Date: 10/18/00] CCAPΔ (at) [Entry date 10/18/00] |
| 10/18/00 | 19 | RESPONSE to Standing Discovery Order by USA as to Cindy K. Defries (at) [Entry date 10/19/00] |

Vol #1 Cont.

Proceedings include all events.                                      AEV
0:00cr6210-ALL USA v. Defries                                CLOSED APPEAL

| Date | # | Entry |
|---|---|---|
| 11/3/00 | 20 | NOTICE of Change of Address of Attorney by Cindy K. Defries (at) [Entry date 11/06/00] |
| 11/15/00 | 21 | ORDER SETTING TRIAL DATE as to Cindy K. Defries. This case is set for trial on a calendar that commenced on 11/6/00. (Signed by Judge Daniel T. K. Hurley on 11/14/00) CCAP [EOD Date: 11/15/00] CCAPΔ (at) [Entry date 11/15/00] |
| 11/29/00 | 22 | FIRST SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Cindy K. Defries (at) [Entry date 11/30/00] |
| 11/30/00 | 23 | MOTION by USA as to Cindy K. Defries to continue trial (at) [Entry date 12/01/00] |
| 12/6/00 | 24 | SECOND SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Cindy K. Defries (at) [Entry date 12/07/00] |
| 12/8/00 | 25 | MOTION by Cindy K. Defries in limine to exclude evidence disclosed in violation of standing discovery order (at) [Entry date 12/11/00] |
| 12/8/00 | 26 | ORDER DENYING MOTION TO CONTINUE TRIAL as to Cindy K. Defries denying [23-1] motion to continue trial as to Cindy K. Defries (1) (Signed by Judge Daniel T. K. Hurley on 12/07/00) CCAP [EOD Date: 12/11/00] CCAPΔ (at) [Entry date 12/11/00] |
| 12/8/00 | 27 | MOTION by Cindy K. Defries in limine to exclude evidence of acts prior to statute of limitations (at) [Entry date 12/11/00] |
| 12/11/00 | 28 | Minutes of Jury Selection held on 12/11/00 before Judge Daniel T. K. Hurley as to Cindy K. Defries; Jury selection began at 10:00 a.m. on 12/11/00, Jury selected, trial proceedings began on 12/11/00, trial expected to take 2-3 days to try. Court: Criss Bertling (at) [Entry date 12/11/00] |
| 12/11/00 | -- | Voir dire begun as to Cindy K. Defries (1) count(s) 1, 2 (at) [Entry date 12/11/00] |
| 12/13/00 | 29 | REQUEST by Cindy K. Defries for special limiting instructions (at) [Entry date 12/14/00] |
| 12/13/00 | 30 | MOTION by Cindy K. Defries for Judgment of Acquittal (at) [Entry date 12/14/00] |
| 12/13/00 | 31 | Minutes of Jury Trial held on 12/13/00 before Judge Daniel T. K. Hurley as to Cindy K. Defries; Jury in deliberation continued to 12/14/00 at 9:30 a.m. Court Reporter: Pauline Stipes (at) [Entry date 12/14/00] |
| 12/18/00 | 32 | Court's Jury instructions as to Cindy K. Defries (at) [Entry date 12/19/00] |

Vol #1 Cont

Proceedings include all events.                                          AEV
0:00cr6210-ALL USA v. Defries                                    CLOSED APPEAL

| Date | # | Entry |
|---|---|---|
| 12/18/00 | 33 | Special Instruction On Good Faith Defense as to Cindy K. Defries Request to give this instruction denied by Judge Daniel T.K. Hurley (at) [Entry date 12/19/00] |
| 12/18/00 | 34 | JURY VERDICT as to Cindy K. Defries Not Guilty: Cindy K. Defries (1) count(s) 1, Guilty: Cindy K. Defries (1) count(s) 2 (at) [Entry date 12/19/00] |
| 12/22/00 | 35 | NOTICE OF SENTENCING DATE as to Cindy K. Defries: Setting Sentencing for 1:30 p.m. on 3/16/01 for Cindy K. Defries before Judge Daniel T. K. Hurley (at) [Entry date 12/22/00] |
| 12/29/00 | 36 | UNOPPOSED MOTION by Cindy K. Defries to continue sentencing (pa) [Entry date 12/29/00] |
| 1/4/01 | 37 | ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE OF SENTENCING HEARING as to Cindy K. Defries granting [36-1] motion to continue sentencing as to Cindy K. Defries (1) (Signed by Judge Daniel T. K. Hurley on 01/04/01) CCAP [EOD Date: 1/8/01] CCAPΔ (at) [Entry date 01/08/01] |
| 1/11/01 | 38 | ORDER RESETTING SENTENCING HEARING: ORDER as to Cindy K. Defries resetting Sentencing for 9:00 3/30/01 before Judge Daniel T. K. Hurley (Signed by Judge Daniel T. K. Hurley on 1/10/01) CCAP [EOD Date: 1/12/01] CCAPΔ (pa) [Entry date 01/12/01] |
| 3/15/01 | 39 | OBJECTION by Cindy K. Defries to Presentence Investigation Report (at) [Entry date 03/16/01] |
| 3/15/01 | 39 | REQUEST with Memorandum in Support by Cindy K. Defries for downward departure (at) [Entry date 03/16/01] |
| 3/19/01 | 40 | NOTICE of Unavailabilty by Cindy K. Defries for dates of: 05/24/01, 05/25/01, 06/06/01 thru 06/13/01, and 07/12 thru 07/19/01 (at) [Entry date 03/21/01] |
| 3/26/01 | 41 | AMENDED MEMORANDUM OF LAW by Cindy K. Defries in support of [39-1] objection (at) [Entry date 03/27/01] |
| 3/30/01 | 42 | MOTION by Cindy K. Defries to be declared indigent, and for appointment of counsel for appeal (at) [Entry date 04/02/01] |
| 3/30/01 | -- | Sentencing held Cindy K. Defries (1) count(s) 2 (pa) [Entry date 04/17/01] |

Proceedings include all events.  AEV
0:00cr6210-ALL USA v. Defries    CLOSED APPEAL

| | | |
|---|---|---|
| 4/16/01 | 43 | JUDGMENT as to Cindy K. Defries (1) count(s) 2. one year and one day. The defendant shall surrender to the United States Marshal for this districted as notified by the United States Marshal. Supervised Release for a term of 1 year. The defendant shall not possess a fiearm. (See judgment for conditions of supervision). Assessment of $100. and restitution in the amount of $40.110.20. The defendant shall make restitution to the payees as listed in the presentence report. The Court determined that the defendant does not have the ability to pay interest. The interest requirment is waived. Payment of the total criminal monetary penalties shall be due in a lump sum immediatley. count(s) 1 dismissed (Signed by Judge Daniel T. K. Hurley on 4/16/01) CCAP [EOD Date: 4/17/01] CCAP (pa) [Entry date 04/17/01] |
| 4/16/01 | 44 | NOTICE OF APPEAL by Cindy K. Defries re: [43-1] judgment order . EOD Date: 4/17/01; Cindy K. Defries (1) count(s) 2; ; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (mr) [Entry date 04/17/01] |
| 4/17/01 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Cindy K. Defries [44-1] appeal (mr) [Entry date 04/17/01] |
| 4/19/01 | 45 | ORDER as to Cindy K. Defries denying without prejudice [42-1] motion to be declared indigent, denying without prejudice [42-2] motion for appointment of counsel for appeal ( Signed by Judge Daniel T. K. Hurley on 4/18/01) CCAP [EOD Date: 4/20/01] CCAP△ (mr) [Entry date 04/20/01] |
| 4/27/01 | 46 | AMENDED NOTICE OF APPEAL by Cindy K. Defries re: [43-1] judgment order . EOD Date: 4/17/01; Cindy K. Defries (1) count(s) ; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (mr) [Entry date 04/30/01] [Edit date 05/03/01] |
| 4/30/01 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Cindy K. Defries [0-1] appeal (mr) [Entry date 04/30/01] |
| 4/30/01 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Cindy K. Defries Re: [44-1] appeal USCA Number: 01-12182-J (mr) [Entry date 04/30/01] |
| 5/2/01 | 47 | NOTICE of Filing Financial Affidavit by Cindy K. Defries (mr) [Entry date 05/03/01] [Edit date 05/03/01] |
| 5/2/01 | 47 | MOTION by Cindy K. Defries for appointment of counsel for appeal (mr) [Entry date 05/03/01] [Edit date 05/03/01] |

Vol #1 Cont.

Proceedings include all events.                                           AEV
0:00cr6210-ALL USA v. Defries                                      CLOSED APPEAL

| Date | Doc # | Description |
|------|-------|-------------|
| 5/4/01 | 48 | ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE referring Motion(s) to Magistrate Ann E. Vitunac as to Cindy K. Defries : [47-1] motion for appointment of counsel for appeal as to Cindy K. Defries. The Magistrate shall conduct an in camera evidentiary hearing and provide the court with a recommended disposition. (Signed by Judge Daniel T. K. Hurley on 05/04/01) CCAP [EOD Date: 5/7/01] CCAP (at) [Entry date 05/07/01] [Edit date 05/07/01] |
| 5/7/01 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Cindy K. Defries  Re: [46-1] appeal  USCA Number: 01-12182-J (mr) [Entry date 05/07/01] |
| 5/7/01 | 49 | TRANSCRIPT INFORMATION FORM as to Cindy K. Defries  re: [44-1] appeal received. (Forwarded to Court Reporter Coordinator) (mr) [Entry date 05/07/01] |
| 5/7/01 | 50 | NOTICE of Hearing as to Cindy K. Defries: In Camera Hearing To Determine Whether Appellant is Indigent And Financially Unable To Retain Counsel For Her Appeal at 10:00 a.m. on 5/14/01 for Cindy K. Defries before Magistrate Ann E. Vitunac (at) [Entry date 05/08/01] |
| 5/8/01 | 51 | NOTICE of Filing Original Copy of Financial Affidavit and Declaration In Support of Indigency by Cindy K. Defries (at) [Entry date 05/09/01] |
| 5/14/01 | 52 | SEALED DOCUMENT (at) [Entry date 05/14/01] |
| 5/14/01 | 54 | SEALED DOCUMENT (at) [Entry date 05/16/01] |
| 5/16/01 | 53 | SEALED DOCUMENT (at) [Entry date 05/16/01] |
| 5/18/01 | 55 | ORDER as to Cindy K. Defries Clarifying Defendant's Post-Trial Release Status.  Defendant is to remain at liberty pending the mandate from the Eleventh Circuit Court of Appeals, subject to the same conditions imposed for pre-trial release. ( Signed by Magistrate Ann E. Vitunac on 5/18/01) CCAP [EOD Date: 5/21/01] CCAPΔ (mr) [Entry date 05/21/01] |
| 5/21/01 | 56 | APPEAL INFORMATION SHEET as to Cindy K. Defries re: [46-1] appeal, [44-1] appeal ; Transcript ordered. No financial arrangements made with Court Reporter. (mr) [Entry date 05/21/01] |
| 5/24/01 | 57 | TRANSCRIPT INFORMATION FORM as to Cindy K. Defries  re: [46-1] appeal received. (Forwarded to Court Reporter Coordinator) (mr) [Entry date 05/25/01] |
| 5/25/01 | 58 | TRANSCRIPT filed as to Cindy K. Defries of In-Camera Hearing On Indigency held 05/14/01 before Judge Ann E. Vitunac Volume #: 1 Pages: 1-7 (at) [Entry date 05/29/01] |

Vol #6

*Vol #1 Cont.*

Proceedings include all events.                                          AEV
0:00cr6210-ALL USA v. Defries                                     CLOSED APPEAL

| Date | # | Description |
|---|---|---|
| 6/6/01 | 59 | AMENDED MOTION by Cindy K. Defries to be declared indigent, and for appointment of counsel (mr) [Entry date 06/06/01] [Edit date 06/06/01] |
| 6/6/01 | 60 | ORDER as to Cindy K. Defries granting [59-1] motion to be declared indigent as to Cindy K. Defries (1), granting [59-2] motion for appointment of counsel as to Cindy K. Defries (1), granting [47-1] motion for appointment of counsel for appeal as to Cindy K. Defries (1) Magistrate Judge's Report and Recommendation (DE #53) is ADOPTED. ( Signed by Judge Daniel T. K. Hurley on 6/6/01) CCAP [EOD Date: CCAP◊ (mr) [Entry date 06/07/01] |
| 6/8/01 | 61 | Appeal Information Sheet as to Cindy K. Defries re: [46-1] appeal, [44-1] appeal Transcript due 7/9/01 for Cindy K. Defries (mr) [Entry date 06/08/01] |
| 7/6/01 | 62 | TRANSCRIPT filed as to Cindy K. Defries of Sentencing Proceedings held 3/30/01 before Judge Daniel T. K. Hurley Volume #: I  Pages: 1-114 re: [46-1] appeal, [44-1] appeal. (pa) [Entry date 07/06/01]  *Vol #5* |
| 7/9/01 | 63 | TRANSCRIPT filed as to Cindy K. Defries of Trail held 12/14/00 before Judge Daniel T. K. Hurley and a jury Volume #: 4  Pages: 182-198 (dj) [Entry date 07/09/01]  *Vol #4* |
| 7/9/01 | 64 | TRANSCRIPT filed as to Cindy K. Defries of Trail held 12/13/01 before Judge Daniel T. K. Hurley and a jury Volume #: 3  Pages: 1-181  re: [46-1] appeal, [44-1] appeal. (dj) [Entry date 07/09/01]  *Vol #7* |
| 7/9/01 | 65 | Appeal Information Sheet as to Cindy K. Defries re: [46-1] appeal, [44-1] appeal Transcript filed on 7/9/01 (mr) [Entry date 07/16/01] |
| 12/3/01 | 66 | TRANSCRIPT filed as to Cindy K. Defries of Trial - Day 1 held 12/11/00 before Judge Daniel T.K. Hurley and a Jury Volume #: 1 Pages: 1-231 re: [46-1] appeal, [44-1] appeal (mr) [Entry date 12/03/01] [Edit date 12/03/01]  *Vol #2* |
| 12/3/01 | 67 | TRANSCRIPT filed as to Cindy K. Defries of Trial - Day 2 held 12/12/00 before Judge Daniel T.K. Hurley and a Jury Volume #: 2  Pages: 1-255  re: [46-1] appeal, [44-1] appeal. (mr) [Entry date 12/03/01]  *Vol #3* |

*End of Vol #1*