G. <u>Downward Departure</u>

To the extent that DeFries argues the district court erred by denying her motion for a downward departure we, because the district court understood its authority, cannot review the district court's decision. <u>United States v. Liss</u>, 265 F.3d 1220, 1231 (11th Cir. 2001).

**AFFIRMED.**



A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia