UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6210-CR-HURLEY
(Appeals Court No. 01-12182-JJ)

UNITED STATES OF AMERICA
  Plaintiff,

v.

CINDY K. DEFRIES,
  Defendant.
------------------------------------------/



FILED by _____ D.C.

FEB 28 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER VACATING ORDER OF RELEASE PENDING APPEAL AND DIRECTING THE DEFENDANT TO SURRENDER

THIS CAUSE come before the court upon receipt of the mandate issued by the United States Court of Appeals for the Eleventh Circuit affirming the sentence and final order of judgment entered in the above captioned case. For that reason, it is

**ORDERED** and **ADJUDGED**:

1. The order releasing defendant on bond pending appeal is hereby **vacated**.

2. The defendant is directed to surrender, **not later that 12:00 Noon on March 14, 2003**, to the United States Marshal's Service at 46 East Ohio Street, Room 179, Indianapolis, Indiana 46204, to commence service of the sentence.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___ day of February, 2003.

_____
Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Bruce Brown
Valentin Rodriguez, Esq.
United States Pretrial Services
United States Marshal Services
Ms. Cindy K. Defries