UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6210-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CINDY K. DEFRIES,
    Defendant.
_____/



## ORDER DENYING MOTION FOR DOWNWARD DEPARTURE AND TO POSTPONE SURRENDER DATE

THIS CAUSE come before the court upon motion filed on March 3, 2003, by counsel representing the above named defendant, for a downward departure, Request for Post-Appeal Sentencing Hearing, and Postponement of surrender date. Upon consideration, it is

**ORDERED** and **ADJUDGED**:

The motion for downward departure and to postpone surrender date is **denied**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ____ day of March, 2003.

**copy furnished:**
AUSA Madeleine R. Shirley
Valentin Rodriguez, Esq.

                                    Daniel T. K. Hurley
                                    United States District Judge