UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6210-CR-HURLEY/Vitunac
(Appeals Court No. 01-12182-JJ)

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**CINDY K. DEFRIES**

    Defendant.

_____/

FILED by _____ D.C.
MAR 14 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## AMENDED ORDER DIRECTING THE DEFENDANT TO SURRENDER

THIS CAUSE comes before the Court upon the Defendant's Request to Amend the Surrender Location. Upon argument of counsel for Defendant, it is:

**ORDERED AND ADJUDGED** that:

Defendant's Request is GRANTED. The Defendant is directed to surrender, not later than 12:00 noon, on March 14, 2003, to F.M.C. Lexington, in Lexington, Kentucky, as designated by the Bureau of Prisons, to commence service of the sentence.

**DONE AND SIGNED** in Chambers at West Palm Beach, Florida, this _13_ day of March, 2003.

                                Daniel T.K. Hurley
                                United States District Judge

copies to:
Valentin Rodriguez, Esq.
AUSA Bruce Brown
U.S. Marshal Services
U.S.PreTrial Services

